IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK,

             Plaintiff,

        v.

SEARS HARDWARE STORE,

             Defendant.

:
:
:
:
:
:
:
:
:
:
:

Civil Action No.

## NOTICE OF REMOVAL

TO THE CHIEF JUDGE AND JUDGES AND CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF DELAWARE

      Please take notice that Defendant Sears Roebuck and Company ("Sears")

(improperly named Sears Hardware Store in the Complaint) removes this action pursuant to 28

U.S.C. § 1441 and § 1446, and in support of the removal, states as follows:

      1.     Sears is the defendant in a civil action brought in the Superior Court of

Delaware in and for New Castle County, captioned Dr. Frederick Joseph Lannak v. Sears

Hardware Store, Civil Action No. 06C-06-254 SCD.

      2.     This action was commenced on July 7, 2006 by plaintiff, who seeks

damages for a purported claim of age discrimination in violation of 29 U.S.C. § 621 et seq, the

Age Discrimination in Employment Act ("ADEA"). Sears' agent for service of process received

a copy of the Complaint on July 11, 2006. A copy of the Complaint with its civil cover sheets

and exhibits is attached to this Notice as Exhibit "A." The Complaint constitutes all process,

pleadings and orders received by Sears in this action.

      3.     This action is removable pursuant to 28 U.S.C. § 1441 and § 1446. This

Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because plaintiff purports to assert a

cause of action under 29 U.S.C. § 621 et seq.

4.    Under 28 U.S.C. § 1441(a), the United States District Court for the District of Delaware is the proper venue for removal jurisdiction because it embraces the place where this action is pending, the Superior Court of the State of Delaware in and for New Castle County.

5.    This Notice of Removal is filed within thirty (30) days of Sears' receipt of a copy of the Complaint.

6.    Sears will give written notice of the filing of this Notice of Removal to the plaintiff and to the Clerk of the Superior Court of the State of Delaware in and for New Castle County as required by 28 U.S.C. § 1446(d).

**WHEREFORE,** Defendant Sears Roebuck and Company requests that this action proceed in this Court as an action properly removed to this Court.

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

Dated: July 31, 2006                        BY:

William M. Kelleher, Esquire (I.D. No. 3961)
919 N. Market Street, 12th Floor
Wilmington, DE 19801-3034
302-242-4465

Attorneys for Defendant,
Sears Roebuck and Company

Of counsel:

Daniel V. Johns, Esquire
Katharine A. Crawford, Esquire
**Ballard Spahr Andrews & Ingersoll, LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215-665-8500

## CERTIFICATE OF SERVICE

I, William M. Kelleher, certify that I have this day served a true and correct copy of the below described pleading or motion upon plaintiff and the Prothonotary at the addresses listed below:

Pleading or Motion served:               Notice of Removal:

Plaintiff:                               Dr. Frederick Joseph Lannak
                                         126D Chestnut Crossing Drive
                                         Newark, DE  19713

Mode of Service:                         Via first class mail

Prothonotary:                            Prothonotary – New Castle County
                                         New Castle Courthouse
                                         New Castle, Delaware

Mode of Service:                         Via electronic filing

Dated: July 31, 2006

William M. Kelleher
DE 3961

# Exhibit A

SUMMONS

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

Dr. Frederick Joseph Lennak ) 
a resident of the )  C.A. No. 06C-06-254 SCD
State of Delaware )
126D Chestnut Crossing Drive )
Newark, Delaware 19713 )
Phone-302-453-1023 )
　　　　　　　　　　　　　　　 Plaintiff, )
　　　　　　　　v. )
　　　　　　　　　　　　　　　　 )  SUMMONS
Sears Hardware Store )
400 College Square )
Newark, Delaware 19711 )
Phone-302-454-0456 )
　　　　　　　　　　　　　　　 Defendant. )

THE STATE OF DELAWARE,

TO THE SHERIFF OF ___New Castle___ COUNTY:

YOU ARE COMMANDED:

    To summon the above named defendant so that, within 20 days after service hereof upon defendant, exclusive of the day of service, defendant shall serve upon ___Dr. Frederick Joseph Lennak___, plaintiff's attorney, whose address is ___126D Chestnut Crossing Drive, Newark, DE 19713___, an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense).

    To serve upon defendant a copy hereof and of the complaint (and of the affidavit of demand if any has been filed by plaintiff).

Dated: ___7/7/06___

SHARON AGNEW

Per Deputy

TO THE ABOVE NAMED DEFENDANT:

    In case of your failure, within 20 days after service hereof upon you, exclusive of the day of service, to serve on plaintiff's attorney named above an answer to the complaint (and, if an affidavit of demand has been filed, an affidavit of defense), judgment by default will be rendered against you for the relief demanded in the complaint (or in the affidavit of demand, if any).

SHARON AGNEW

Per Deputy

FROM :                              FAX NO. :                        Jul. 12 2006 02:30PM  P2

# SUPERIOR COURT CIVIL CASE INFORMATION STATEMENT (CIS)

COUNTY: ( N )  K   S          CIVIL ACTION NUMBER: _06C-06-254 SCD_

Civil Case Code __CMIS__                CIVIL Case Type  __Civil Miscellaneous__
　　　　(SEE REVERSE SIDE FOR CODE AND TYPE) __Age Discrimination in Employment__

| Caption:<br>Dr. Frederick Joseph Lannak<br>126D Chestnut Crossing Drive<br>Newark, Delaware 19713<br>Phone-302-453-1023<br><br>Plaintiff<br><br>v.<br><br>Sears Hardware Store<br>400 College Square<br>Newark, Delaware 19711<br>Phone-302-454-0456<br><br>Defendant | Name and Status of Party filing document:<br><br>Plaintiff - Dr. Frederick J. Lannak<br><br>Document Type:(E.G.; COMPLAINT;ANSWER WITH COUNTERCLAIM)<br><br>Complaint<br><br>Non-Arbitration ___     eFile ___<br>(CERTIFICATE OF VALUE MAY BE REQUIRED)<br><br>Arbitration X  Mediation ___   Neutral Assessment ___<br>DEFENDANT (CIRCLE ONE)  ACCEPT  REJECT<br>JURY DEMAND  YES X  No ___<br>TRACK ASSIGNMENT REQUESTED (CIRCLE ONE)<br>EXPEDITED   STANDARD   COMPLEX |
| ATTORNEY NAME(S):<br>Plaintiff<br>Dr. Frederick Joseph Lannak<br>ATTORNEY ID(S):<br><br>FIRM NAME:<br><br>ADDRESS:<br><br>126D Chestnut Crossing Drive<br><br>Newark, Delaware 19713<br>TELEPHONE NUMBER:<br><br>302-453-1023<br>FAX NUMBER:<br><br><br>E-MAIL ADDRESS: | IDENTIFY ANY RELATED CASES NOW PENDING IN THE SUPERIOR COURT<br>BY CAPTION AND CIVIL ACTION NUMBER INCLUDING JUDGE'S INITIALS<br><br>_____<br><br>EXPLAIN THE RELATIONSHIP(S):<br><br>_____<br><br>_____<br><br>OTHER UNUSUAL ISSUES THAT AFFECT CASE MANAGEMENT:<br><br>_____<br><br>(IF ADDITIONAL SPACE IS NEEDED, PLEASE ATTACH PAGE) |

THE PROTHONOTARY WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

Revised 9/2003

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

<u>Dr. Frederick Joseph Lannak</u>
Plaintiff

v.

<u>Sears Hardware</u>
Defendant

CIVIL CASE TYPE — Civil Miscellaneous, CMIS
<u>Age Discrimination in Employment</u>

C.A. No. 06C-06-254 SCD

1. The Plaintiff is a 73 year old citizen of the State of Delaware.

2. The Defendant is Sears Hardware Store located at 400 College Square, Newark, Delaware. The Defendant's store is owned by the Sears Holdings Corporation located in Hoffman Estates, Illinois.

3. The Plaintiff was a part-time employee of the Defendants store four and one-half years. His employment was terminated on January 18, 2006 because of his age.

4. Terminating the Plaintiff because of his age was agreed on in full-time employee meetings in the Defendants store that the part-time Plaintiff was not allowed to attend.

5. The Plaintiff is asking the Delaware Superior Court to award him $329,260. from the Defendant for violating the "Age Discrimination In Employment Act of 1967" in full-time employee meetings that the Plaintiff was not allowed to attend, to terminate the Plaintiff's employment on January 18, 2006.

The Plaintiff

Dr. Frederick Joseph Lannak
126D Chestnut Crossing Drive Drive
Newark, Delaware 19713



IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE

IN AND FOR THE COUNTY OF NEW CASTLE

IN RE:                    )

                        )    C.A. NO. **2006-02-066**

**JOSEPH OLIVER FREDERICK LANNAK**   )

                        )    Petitioner's Date of Birth: **09/17/32**

                        )

    TO                 )    CHANGE OF NAME

                        )

**FREDERICK JOSEPH LANNAK**      )

<u>ORDER</u>

This 6ᵗʰ day of March , A.D., 200 6 , the Verified Petition in this

Matter having been heard and considered;

IT IS SO ORDERED that the Petitioner from this day forward and for all purposes

shall bear the name of **FREDERICK JOSEPH LANNAK.**

JUDGE/COMMISSIONER

CERTIFIED AS A TRUE COPY
ATTEST:
CLERK OF THE COURT
BY

## IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

Dr. Frederick Joseph Lannak
    Plaintiff

V.

    Sears Hardware
    Defendant

CIVIL CASE TYPE - Civil Miscellaneous, CMIS
    Age Discrimination in Employment

C.A. No.  06C-06-254 SCD

Conspiracy is defined in THE AMERICAN HERITAGE COLLEGE dictionary; "An agreement between two or more persons to commit a crime or accomplish a legal purpose through illegal action".

Part-time employees do not have part-time employee meetings in the Defendant's store and part-time employees are excluded from attending full-time employee meetings in the Defendant's store.

The Plaintiff is 73 years old. His working hours averaged 20 hours a week. He only missed one day of work in four and one half year that he worked in the Defendant's store as a part-time employee.

The Plaintiff has Equilibrium Scoliosis Research. The Research could save lives of Children, Teenagers, Adults and Little Babies. The Defendant did not approve of the Plaintiff asking the people below to help him with his Research. The determination of the Defendant to stop the Plaintiff from asking the people below outweighed the lives of customers the Plaintiff's Research could save in stores owned by the Defendant's Corporation.

Reducing the amount of money that the Plaintiff is earning also reduces the amount of money the Plaintiff needs to contact the people below.
1. The Defendant used the full-time employee meetings to compile Discriminating gossip about how the Plaintiff's age of 73 makes it impossible for the Plaintiff to complete an honest days work.
2. The Defendant used the full-time employee meetings to broadcast the Discriminating gossip to employers throughout Delaware and the surrounding States of Maryland, New Jersey and Pennsylvania.
3. The Defendant used the Discriminating gossip in full-time employee meetings to convince the Defendant's store manager to terminate the Plaintiff's employment on January 18, 2006.

| U.S.-United States | Phone |
|---|---|
| U.S.-President | (202) 456-1111 |
| U.S.-535 Members of Congress | (602) 265-5968 |
| U.S.-Health Human Services (HHS) | (202) 691-0257 |
| U.S.-National Institutes of Health (NIH) | (301) 496-3633 |
| U.S.-Democratic Committee | (202) 863-8000 |

| U.S.-United States | Phone |
|---|---|
| U.S.-Republican Committee | (202) 863-8500 |

Experts agree that 29,886,804 people living in the United State have a Scoliosis. All 29,886,804 could be customers in stores owned by the Defendant's Corporation.

| AL-Alabama | Phone |
|---|---|
| AL-Governor | (800) 591-4217 |
| AL-Senate | (334) 242-7800 |
| AL-House | (334) 242-7600 |
| AL-Department of Public Health | (334) 206-5300 |
| AL-Democratic Party | (334) 262-2221 |
| AL-Republican Party | (205) 212-5900 |

Experts agree that 455,780 people living in Alabama have a Scoliosis. All 455,780 could be customers in stores owned by the Defendant's Corporation.

| AK-Alaska | Phone |
|---|---|
| AK-Governor | (907) 465-3500 |
| AK-Senate | (907) 465-3701 |
| AK-House | (907) 465-3725 |
| AK-Health and Human Services | (907) 465-3355 |
| AK-Democratic Party | (907) 258-3050 |
| AK-Republican Party | (907) 276-0425 |

Experts agree that 66,366 people living in Alaska have a Scoliosis. All 66,366 could be customers in Stores owned by the Defendant's Corporation.

**AZ-Arizona**                         Phone
AZ-Governor----------------------------(602) 542-4331
AZ-Senate------------------------------(602) 542-3559
AZ-House-------------------------------(602) 542-4221
AZ-Department of Health----------------(602) 542-1062
AZ-Democratic Party--------------------(602) 298-4200
AZ-Republican Party--------------------(602) 957-7770
Experts agree 593,929 people living in Arizona
have a Scoliosis. All 593,929 could be customers
of stores owned by the Defendant's Corporation.

**AR-Arkansas**                        Phone
AR-Governor----------------------------(501) 682-2345
AR-Senate------------------------------(501) 682-2902
AR-House-------------------------------(501) 682-7771
AR-Department of Health----------------(800) 235-0002
AR-Democratic Party--------------------(501) 374-2361
AR-Republican Party--------------------(501) 372-7301
Experts agree 277,915 people living in Arkansas
have a Scoliosis. All 277,915 could be customers
of stores owned by the Defendant's Corporation.

**CA-California**                      Phone
CA-Governor----------------------------(916) 445-2841
CA-Senate------------------------------(916) 445-4311
CA-House-------------------------------(916) 445-4251
CA-Department of Health Services-------(916) 445-4171
CA-Democratic Party--------------------(916) 442-5707
CA-Republican Party--------------------(818) 841-5210
CA-American Independece Party----------(619) 460-4484
Experts agree 3,613,214 people living in California
have a Scoliosis. All 3,613,214 could be customers
of stores owned by the Defendant's Corporation.

**CO-Colorado**                        Phone
CO-Governor----------------------------(303) 866-2471
CO-Senate------------------------------(303) 866-2316
CO-House-------------------------------(303) 866-2904
CO-Public Health & Environment--------(303) 692-2000
CO-Democratic Party--------------------(303) 659-7720
CO-Republican Party--------------------(303) 758-3333
CO-America First Party-----------------(303) 265-9230
Experts agree 466,517 people living in Colorado
have a Scoliosis. All 466,517 could be customers
of stores owned by the Defendant's Corporation.

**CT-Connecticut**                     Phone
CT-Governor----------------------------(203) 566-4840
CT-Senate------------------------------(860) 240-0100
CT-House-------------------------------(860) 566-2211
CT-Department of Public Health---------(860) 509-8000
CT-Democratic Party--------------------(860) 560-1775
CT-Republican Party--------------------(860) 296-9900
Experts agree 351,029 people living in Connecticut
have a Scoliosis. All 351,029 could be customers
of stores owned by the Defendant Corporation.

**DE-Delaware**                        Phone
DE-Governor----------------------------(302) 744-4101
DE-Senate------------------------------(302) 739-4129
DE-House-------------------------------(302) 739-4087
DE-Health and Social Services---------(302) 744-4556
DE-Democratic Party--------------------(302) 328-9036
DE-Republican Party--------------------(302) 651-0260
Experts agree 84,352 people living in Delaware
have a Scoliosis. All 84,352 could be customers
of stores owned by the Defendant's Corporation.

**DC-Washington**                      Phone
DC-Mayor-------------------------------(202) 727-2980
DC-City Council------------------------(202) 724-8032
DC-Health Department-------------------(202) 671-5000
DC-Democratic Party--------------------(202) 554-8790

**DC-Washington**                      Phone
DC-Republican Party--------------------(202) 662-1382
Experts agree 55,052 people living in Washington
DC have a Scoliosis. All 55,052 could be customers
of stores owned by the Defendant's Corporation.

**FL-Florida**                         Phone
FL-Governor----------------------------(850) 488-4441
FL-Senate------------------------------(850) 488-1234
FL-House-------------------------------(850) 488-1234
FL-Department of Health----------------(850) 245-4444
FL-Democratic Party--------------------(904) 222-3411
FL-Republican Party--------------------(904) 222-7920
Experts agree 1,778,986 people living in Florida
have a Scoliosis. All 1,778,986 could be customers
of stores owned by the Defendant's Corporation.

**GA-Georgia**                         Phone
GA-Governor----------------------------(404) 656-1776
GA-Senate------------------------------(404) 656-5000
GA-House-------------------------------(404) 656-2000
GA-Division of Public Health----------(404) 657-2700
GA-Democratic Party--------------------(404) 874-1966
GA-Republican Party--------------------(404) 257-5559
Experts agree 907,257 people living in Georgia
have a Scoliosis. All 907,257 could be customers
of stores owned by the Defendant's Corporation.

## HI-Hawaii

|  | Phone |
|---|---|
| HI-Governor | (808) 586-0034 |
| HI-Senate | (808) 586-6719 |
| HI-House | (808) 586-2211 |
| HI-State of Hawaii Health | (808) 974-6000 |
| HI-Democratic Party | (808) 596-2980 |
| HI-Republican Party | (808) 526-1755 |

Experts agree 127,519 people living in Hawaii
have a Scoliosis. All 127,519 could be customers
of stores owned by the Defendant's Corporation.

## ID-Idaho

|  | Phone |
|---|---|
| ID-Governor | (208) 334-2100 |
| ID-Senate | (208) 332-1000 |
| ID-House | (208) 334-2411 |
| ID-Health and Welfare | (208) 334-5500 |
| ID-Democratic Party | (208) 336-1815 |
| ID-Republican Party | (208) 343-6405 |

Experts agree 142,909 people living in Idaho
have a Scoliosis. All 142,909 could be customers
of stores owned by the Defendant's Corporation.

## IL-Illinois

|  | Phone |
|---|---|
| IL-Governor | (217) 782-6830 |
| IL-Senate | (217) 782-4517 |
| IL-House | (217) 782-8223 |
| IL-Department of Public Health | (217) 782-4997 |
| IL-Democratic Party | (312) 464-1900 |
| IL-Republican Party | (217) 525-0011 |

Experts agree 1,276,337 people living in Illinois
have a Scoliosis. All 1,276,337 could be customers
stores owned by the Defendant's Corporation.

## IN-Indiana

|  | Phone |
|---|---|
| IN-Governor | (317) 232-4567 |
| IN-Senate | (317) 232-9499 |
| IN-House | (317) 232-9600 |
| IN-State Department of Health | (317) 233-1325 |
| IN-Democratic Party | (317) 231-7100 |
| IN-Republican Party | (317) 635-7561 |

Experts agree 627,197 people living in Indiana
have a Scoliosis. All 627,197 could be customers
of stores.owned by the Defendant's Corporation.

## IA-Iowa

|  | Phone |
|---|---|
| IA-Governor | (515) 281-5211 |
| IA-Senate | (515) 281-3371 |
| IA-House | (515) 281-3221 |
| IA-Department of Public Health | (515) 281-4417 |
| IA-Democratic Party | (515) 244-7292 |
| IA-Republican Party | (515) 282-8105 |

Experts agree 296,633 people living in Iowa
have a Scoliosis. All 296,633 could be customers
of stores owned by the Defendant's Corporation.

## KS-Kansas

|  | Phone |
|---|---|
| KS-Governor | (785) 296-3232 |
| KS-Senate | (785) 296-2391 |
| KS- House | (785) 296-0111 |
| KS-Health and Environment | (785) 296-5059 |
| KS-Democratic Party | (913) 234-0425 |
| KS-Republican Party | (913) 234-3456 |

Experts agree 274,468 people living in Kansas
have a Scoliosis. All 274,468 could be customers
of stores.owned by the Defendant's Corporation.

## KY-Kentucky

|  | Phone |
|---|---|
| KY-Governor | (502) 564-2611 |
| KY-Senate | (502) 564-3120 |
| KY-House | (502) 564-3900 |
| KY-Cabinet of Health Services | (502) 564-7770 |
| KY-Democratic Party | (502) 695-4828 |
| KY-Republican Party | (502) 875-5130 |

Experts agree 417,340 people living in Kentucky
have a Scoliosis. All 417,340 could be customers
of stores owned by the Defendant's Corporation.

## LA-Louisiana

|  | Phone |
|---|---|
| LA-Governor | (225) 342-7015 |
| LA-Senate | (225) 342-2040 |
| LA-House | (225) 342-6945 |
| LA-Health and Hospitals | (225) 342-9500 |
| LA-Democratic Party | (504) 336-4155 |
| LA-Republican Party | (504) 769-5056 |

Experts agree 452,362 people living in Louisiana
have a Scoliosis. All 452,362 could be customers
of stores.owned by the Defendant's Corporation.

## ME-Maine

|  | Phone |
|---|---|
| ME-Governor | (207) 287-3531 |
| ME-Senate | (207) 287-1540 |
| ME-House | (207) 827-1400 |
| ME-Bureau of Health | (207) 287-3266 |
| ME-Democratic Party | (207) 622-6233 |
| ME-Republican Party | (207) 622-6247 |

## MD-Maryland

|  | Phone |
|---|---|
| MD-Governor | (410) 974-3910 |
| MD-Senate | (410) 841-3000 |
| MD-House | (410) 946-5400 |
| MD-Health and Mental Hygiene | (877) 463-3464 |
| MD-Democratic Party | (410) 280-8882 |
| MD-Republican Party | (410) 269-0113 |

Experts agree 132,150 people living in Maine
have a Scoliosis. All 132,150 could be customers
of stores owned by the Defendant's Corporation.

Experts agree 560,038 people living in Maryland
have a Scoliosis, All 560,038 could be customers
of stores owned by the Defendant's Corporation.   .

| MA-Massachusetts | Phone |
| --- | --- |
| MA-Governor | (617) 725-4005 |
| MA-Senate | (617) 722-1455 |
| MA-House | (617) 722-2000 |
| MA-Department of Public Health | (617) 624-2000 |
| MA-Democratic Party | (617) 742-6770 |
| MA-Republican Party | (617) 721-1966 |

Experts agree 639,874 people living in Massachusetts
have a Scoliosis. All 639,874 could be customers
of stores owned by the Defendant's Corporation.

| MI-Michigan | Phone |
| --- | --- |
| MI-Governor | (517) 373-3400 |
| MI-Senate | (517) 373-2400 |
| MI-House | (517) 373-0135 |
| MI-Community Health | (517) 373-3740 |
| MI-Dimocratic Party | (517) 371-5410 |
| MI-Republican Party | (517) 487-5413 |

Experts agree 1,012,086 people living in Michigan
have a Scoliosis. All 1,012,086 could be customers
of stores owned by the Defendant's Corporation.   .

| MN-Minnesota | Phone |
| --- | --- |
| MN-Governor | (651) 296-3391 |
| MN-Senate | (651) 296-0504 |
| MN-House | (651) 296-2146 |
| MN-Department of Health | (651) 201-5000 |
| MN-Democratic Party | (612) 293-1200 |
| MN-Republican Party | (612) 222-0022 |

Experts agree 513,279 people living in  Minnesota
have a Scoliosis. All 513,279 could be customers
of stores owned by the Defendant's Corporation.

| MS-Mississippi | Phone |
| --- | --- |
| MS-Governor | (610) 359-3100 |
| MS-Senate | (610) 359-3770 |
| MS-House | (610) 359-3358 |
| MS-Public Health | (610) 576-7400 |
| MS-Democratic Party | (610) 969-2913 |
| MS-Republican Party | (610) 948-5191 |

Experts agree 292,108 people living in Mississippi
have a Scoliosis. All 292,108 could be customers
of stores owned by the Defendant's Corporation.   .

| MO-Missouri | Phone |
| --- | --- |
| MO-Governor | (573) 751-3222 |
| MO-Senate | (573) 751-3824 |
| MO-House | (573) 751-3659 |
| MO-Department of Health | (816) 513-6800 |
| MO-Democratic Party | (573) 636-5241 |
| MO-Republican Party | (573)636-3146 |

Experts agree 580,031 people living in Missouri
have a Scoliosis, All 580,031 could be customers
of stores owned by the Defendant's Corporation.

| MT-Montana | Phone |
| --- | --- |
| MT-Governor | (406) 444-3111 |
| MT-Senate | (406) 444-2511 |
| MT-House | (406) 444-4800 |
| MT-Pub Health & Human Service | (406) 444-5622 |
| MT-Democratic Party | (406) 442-9520 |
| MT-Republican Party | (406) 442-6469 |

Experts agree 93,567 people living in Montana
have a Scoliosis, All 93,567 could be customers
of stores owned by the Defendant's Corporation.   .

| NE-Nebraska | Phone |
| --- | --- |
| NE-Governor | (402) 471-2244 |
| NE-Senate | (402) 471-2271 |
| NE-House | (402) 471-2311 |
| NE-Health and Human Services | (402) 471-2306 |
| NE-Democratic Party | (402) 475-4584 |
| NE-Republican Party | (402) 475-2122 |

Exports agree 175,878 people living in Nebraska
have a Scoliosis. All 175,878 could be customers
of stores owned by the Defendant's Corporation.

| NV-Nevada | Phone |
| --- | --- |
| NV-Governor | (775) 684-5670 |
| NV-Senate | (775) 684-1400 |
| NV-House | (775) 684-8555 |
| NV-Human Resources | (775) 684-4000 |
| NV-Democratic Party | (702) 735-1600 |
| NV-Republican Party | (702) 258-9182 |

Experts agree 241,480 people living in Nevada
have a Scoliosis. All 241,480 could be customers
of stores owned by the Defendant's Corporation.   .

| NH-New Hampshire | Phone |
| --- | --- |
| NH-Governor | (603) 271-1212 |
| NH-Senate | (603) 271-2111 |
| NH-House | (603) 271-2548 |

| NJ-New Jersey | Phone |
| --- | --- |
| NJ-Governor | (609) 826-5100 |
| NJ-Senate | (609) 292-5199 |
| NJ-House | (609) 292-5339 |

NH-Health and Human Services--------(603) 271-4334
NH-Democratic Party--------------------(603) 225-6899
NH-Republican Party---------------------(603) 225-9341
Experts agree 130,994 people in New Hampshire
have a Scoliosis. All 193,994 could be customers
of stores owned by the Defendant's Corporation.

| NM-New Mexico | Phone |
|---|---|
| NM-Governor--------------------------- | (505) 476-2200 |
| NM-Senate----------------------------- | (505) 986-7414 |
| NM-House------------------------------ | (505) 986-7515 |
| NM-Health Department----------------- | (505) 827-2613 |
| NM-Democratic Party------------------ | (505) 830-3650 |
| NM-Republican Party------------------- | (505) 298-3662 |

Experts agree 192,838 people living in New Mexico
have a Scoliosis. All 192,838 could be customers
of stores owned by the Defendant's Corporation.

| NC-North Carolina | Phone |
|---|---|
| NC-Governor--------------------------- | (919) 733-4240 |
| NC-Senate----------------------------- | (919) 733-7928 |
| NC-House------------------------------ | (919) 733-1110 |
| NC-Environment Health and Resource | (919) 733-4534 |
| NC-Democratic Party------------------ | (919) 821-2777 |
| NC-Republican Party------------------- | (919) 282-6423 |

Experts agree 868,324 people living in North Carolina
have a Scoliosis. All 868,324 could be customers
of stores owned by the Defendant's Corporation.

| OH-Ohio | Phone |
|---|---|
| OH-Governor--------------------------- | (614) 466-3555 |
| OH-Senate----------------------------- | (614) 466-4900 |
| OH-House------------------------------ | (614) 466-3357 |
| OH-Department of Health-------------- | (877) 644-6336 |
| OH-Democratic Party------------------ | (614) 221-6563 |
| OH-Republican Party------------------- | (614) 228-2481 |

Experts agree 1,146,404 people living in Ohio
have a Scoliosis. All 1,146,404 could be customers
of stores owned by the Defendant's Corporation.

| OR-Oregon | Phone |
|---|---|
| OR-Governor--------------------------- | (503) 378-4582 |
| OR-Senate----------------------------- | (503) 986-1851 |
| OR-House------------------------------ | (503) 986-1187 |
| OR-Health Division-------------------- | (503) 731-4000 |
| OR-Democratic Party------------------ | (503) 224-8200 |
| OR-Republican Party------------------- | (503) 520-1996 |

Experts agree 364,105 people living in Oregon
have a Scoliosis. All 364,105 could be customers
of stores owned by the Defendant's Corporation.

NJ-Department of Health------------(609) 292-7837
NJ-Democratic Party------------------(609) 392-3367
NJ-Republican Party-------------------(609) 989-7300
Experts agree 871,792 people living in New Jersey
have a Scoliosis. All 871,792 could be customers
of stores owned by the Defendant's Corporation.

| NY-New York | Phone |
|---|---|
| NY-Governor--------------------------- | (518) 474-8390 |
| NY-Senate----------------------------- | (518) 455-2800 |
| NY-House------------------------------ | (518) 455-4100 |
| NY-State Department of Health------ | (518) 447-4580 |
| NY-Democratic Party------------------ | (212) 253-9696 |
| NY-Republican Party------------------- | (518) 462-2601 |

Experts agree 1,925,463 people living in New York
have a Scoliosis. All 1,925,463 could be customers
of stores owned by the Defendant's Corporation.

| ND-North Dakota | Phone |
|---|---|
| ND-Governor--------------------------- | (701) 328-2200 |
| ND-Senate----------------------------- | (701) 328-3373 |
| ND-House------------------------------ | (701) 328-2916 |
| ND-Department of Health------------- | (701) 328-2372 |
| ND-Democratic Party------------------ | (701) 255-0460 |
| ND-Republican Party------------------- | (701) 255-0030 |

Experts agree 63,667 people living in North Dakota
have a Scoliosis. All 63,667 could be customers
of stores owned by the Defendant's Corporation.

| OK-Oklahoma | Phone |
|---|---|
| OK-Governor--------------------------- | (405) 521-2342 |
| OK-Senate----------------------------- | (405) 524-0126 |
| OK-House------------------------------ | (405) 521-2711 |
| OK-State Department of Health------- | (405) 271-5600 |
| OK-Democratic Party------------------ | (405) 239-2700 |
| OK-Republican Party------------------- | (405) 528-3501 |

Experts agree 354,788 people living in Oklahoma
have a Scoliosis. All 354,788 could be customers
of stores owned by the Defendant's Corporation.

| PA-Pennsylvania | Phone |
|---|---|
| PA-Governor--------------------------- | (717) 787-2500 |
| PA-Senate----------------------------- | (717) 787-5920 |
| PA-House------------------------------ | (717) 787-2372 |
| PA-Department of Health------------- | (877) 724-3258 |
| PA-Democratic Party------------------ | (717) 238-9381 |
| PA-Republican Party------------------- | (717) 234-4901 |

Experts agree 1,242,961 people in Pennsylvania
have a Scoliosis. All 1,242,961 could be customers
of stores owned by the Defendant's Corporation.

## RI-Rhode Island

| | Phone |
|---|---|
| IR-Governor | (401) 222-2080 |
| RI-Senate | (401) 222-6655 |
| RI-House | (401) 222-2466 |
| RI-Department of Health | (401) 222-2231 |
| RI-Democratic Party | (401) 459-3800 |
| RI-Republican Party | (401) 453-4100 |

Experts agree 107,618 people living in Rhode Island have a Scoliosis. All 107,618 could be customers of stores owned by the Defendant's Corporation.

## SC-South Carolina

| | Phone |
|---|---|
| SC-Governor | (803) 734-2100 |
| SC-Senate | (803) 212-6200 |
| SC-House | (803) 734-2010 |
| SC-Health and Human Services | (803) 898-2500 |
| SC-Democratic Party | (803) 641-6700 |
| SC-Republican Party | (803) 988-8440 |

Experts agree 425,508 people in South Carolina have a Scoliosis. All 425,508 could be customers of stores owned by the Defendant's Corporation.

## SD-South Dakota

| | Phone |
|---|---|
| SD-Governor | (605) 773-3212 |
| SD-Senate | (605) 773-3821 |
| SD-House | (605) 773-3851 |
| SD-Department of Health | (605) 773-3361 |
| SD-Democratic Party | (605) 335-7337 |
| SD-Republican Party | (605) 224-7347 |

Experts agree 77,593 people living in South Dakota have a Scoliosis. All 77,593 could be customers of stores owned by the Defendant's Corporation.

## TN-Tennessee

| | Phone |
|---|---|
| TN-Governor | (615) 741-2001 |
| TN-Senate | (615) 741-2730 |
| TN-House | (615) 741-2901 |
| TN-Department of Health | (615) 741-3111 |
| TN-Democratic Party | (615) 327-9779 |
| TN-Republican Party | (615) 292-9497 |

Experts agree 596,295 people living in Tennessee have a Scoliosis. All 596,295 could be customers of stores owned by the Defendant's Corporation.

## TX-Texas

| | Phone |
|---|---|
| TX-Governor | (512) 463-2000 |
| TX-Senate | (512) 463-0100 |
| TX-House | (512) 463-4630 |
| TX-Department of Health | (512) 458-7111 |
| TX-Democratic Party | (512) 478-9800 |
| TX-Republican Party | (512) 477-9821 |
| TX-Reform Party of U.S.A | (817) 249-2751 |

Experts agree 2,285,996 people living in Texas have a Scoliosis. All 2,285,996 could be customers of stores owned by the Defendant's Corporation.

## UT-Utah

| | Phone |
|---|---|
| UT-Governor | (801) 538-1000 |
| UT-Senate | (801) 538-1035 |
| UT-House | (801) 538-1029 |
| UT-Department of Health | (801) 851-7000 |
| UT-Democratic Party | (801) 328-1238 |
| UT-Republican Party | (801) 533-9777 |
| UT-American Party | (800) 456-8683 |

Experts agree 246,958 people living in Utah have a Scoliosis. All 246,958 could be customers of stores owned by the Defendant's Corporation.

## VT-Vermont

| | Phone |
|---|---|
| VT-Governor | (802) 828-3333 |
| VT-Senate | (802) 828-2241 |
| VT-House | (802) 828-2228 |
| VT-Department of Health | (802) 863-7200 |
| VT-Democratic Party | (802) 229-5986 |
| VT-Republican Party | (802) 223-3411 |

Experts agree 62,305 people living in Vermont have a Scoliosis. All 62,305 could be customers of stores owned by the Defendant's Corporation.

## VA-Virginia

| | Phone |
|---|---|
| VA-Governor | (804) 786-2211 |
| VA-Senate | (804) 698-7410 |
| VA-House | (804) 786-0000 |
| VA-Department of Health | (804) 864-7001 |
| VA-Democratic Party | (804) 644-1966 |
| VA-Republican Party | (804) 780-0111 |

Experts agree 756,746 people living in Virginia have a Scoliosis. All 756,746 could be customers of stores owned by the Defendant's Corporation.

## WA-Washington

| | Phone |
|---|---|
| WA-Governor | (360) 902-4111 |
| WA-Senate | (360) 786-7550 |
| WA-House | (360) 786-7573 |
| WA-State Department of Health | (360) 236-4501 |
| WA-Democratic Party | (206) 583-0664 |
| WA-Republican Party | (206) 575-2900 |

## WV-West Virginia

| | Phone |
|---|---|
| WV-Governor | (888) 438-2731 |
| WV-Senate | (304) 357-7800 |
| WV-House | (304) 340-3200 |
| WV-Health and Human Services | (304) 558-0684 |
| WV-Democratic Party | (304) 342-8121 |
| WV-Republican Party | (304) 344-3446 |

Experts agree 628,775 people living in Washington have a Scoliosis. All 628,775 could be customers of stores owned by the Defendant's Corporation.

Experts agree 181,685 people in West Virginia have a Scoliosis. All 181,685 could be customers of stores owned by the Defendant's Corporation.

| WI-Wisconsin | Phone |
|---|---|
| WI-Governor | (608) 266-1212 |
| WI-Senate | (608) 266-2517 |
| WI-House | (608) 266-1501 |
| WI-Health and Family Services | (608) 266-1865 |
| WI-Democratic Party | (608) 255-5172 |
| WI-Republican Party | (608) 257-4765 |

Experts agree 553,620 people living in Wisconsin have a Scoliosis. All 553,620 could be customers of stores owned by the Defendant's Corporation.

| WY-Wyoming | Phone |
|---|---|
| WY-Governor | (307) 777-7434 |
| WY-Senate | (307) 777-7711 |
| WY-House | (307) 777-7852 |
| WY-Department of Health | (307) 777-7656 |
| WY-Democratic Party | (307) 637-8940 |
| WY-Republican Party | (307) 234-9166 |

Experts agree 50,929 people living in Wyoming have a Scoliosis. All 50,929 could be customers of stores owned by the Defendant's Corporation.

A Conspiracy is going on to stop the Plaintiff's Equilibrium Scoliosis Research from helping the 29,886,804 people living in the United States who have a Scoliosis. The Defendant is stopping the Plaintiff's Research by terminating his employment on January 18, 2006 that reduces the amount of money the Plaintiff needs to contact the people above.

Health Professions agree that people living in the United States are capable of living until they are 100 years old. The 73 years old Plaintiff could live another 27 more years.

The Plaintiff was making $8.54 an hour and he was working an average of 20 hours a week when the Defendant terminated the Plaintiff's employment on January 18, 2006,
1. The $8.54 an hour, times 20 hours a week, equals $170.80 a week.
2. The $170.80 a week, times 52 weeks a year, equals $8,881.60 a year.
3. The $8,881.60 a year, plus 2 percent cost of living raise every year, times 27 years gives a total of Three-Hundred-Twenty-Nine-Thousand-Two-Hundred-Sixty-Dollars ($329,260.00).

The Plaintiff is asking the Delaware Superior Court to award him Three-Hundred-Twenty-Nine-Thousand-Two-Hundred-Sixty-Dollars ($329,260.00) from the Defendant, for violating the "Age Discrimination in Employment Act of 1967" in full-time employee meetings, to terminate his employment on January 18, 2006.

The Plaintiff,

*Dr. Frederick Joseph Lannak*

Dr. Frederick Joseph Lannak
126D Chestnut Crossing Drive
Newark, DE 19713

cc: Sears Holdings Corporation
3333 Beverly Rd.
Hoffman Estates, IL 60179
Telephone (847) 286-8371

U.S. Senator Joseph Biden, Jr.                    December 2, 2005
1105 N. Market Street
Wilmington, DE 19801

Dear Senator Biden,

Sears Hardware, College Square, Newark, Delaware where I work threatened to fire me on
December 1, 2005 if I continue to circulate the enclosed PETITION in Delaware that has
nothing to do with Sears Hardware.

The threat of Sears Hardware firing me contains a Lifetime Guarantee that nobody will ever
employee me in the State of Delaware after Sears Hardware fires me. The Lifetime Guarantee is
being broadcasted throughout a variety of organizations and clubs in Delaware.

You were unable to get the National Board of Chiropractic Examiners NBCE to return our test
scores that Dr. Jeanne and I passed in 1978.

Find us a legal way to get Chiropractic Licenses in the State of Delaware that does not include
us retaking tests we already passed for NBCE and we will Analyze, Diagnose and Prove our
EQUILIBRIUM SCOLIOSIS RESEARCH ourselves.

                          Yours truly,

                          Dr. J. Oliver Fred Lannak

                          Dr. J. Oliver Fred Lannak
                          126D Chestnut Crossing Drive
                          Newark, DE 19713

Copy: Sears, Chicago, IL

U.S. Senator Thomas Carper                                December 2, 2005
301 N. Walnut Street
Wilmington, DE 19801

Dear Senator Carper,

Sears Hardware, College Square, Newark, Delaware where I work threatened to fire me on
December 1, 2005 if I continue to circulate the enclosed PETITION in Delaware that has
nothing to do with Sears Hardware.

The threat of Sears Hardware firing me contains a Lifetime Guarantee that nobody will ever
employee me in the State of Delaware after Sears Hardware fires me. The Lifetime Guarantee is
being broadcasted throughout a variety of organizations and clubs in Delaware.

You were unable to get the National Board of Chiropractic Examiners NBCE to return our test
scores that Dr. Jeanne and I passed in 1978.

Find us a legal way to get Chiropractic Licenses in the State of Delaware that does not include
us retaking tests we already passed for NBCE and we will Analyze, Diagnose and Prove our
EQUILIBRIUM SCOLIOSIS RESEARCH ourselves.

                                    Yours truly,

                                    Dr. J. Oliver Fred Lannak

                                    Dr. J. Oliver Fred Lannak
                                    126D Chestnut Crossing Drive
                                    Newark, DE 19713

Copy: Sears, Chicago, IL

Congressman Michael Castle                                December 2, 2005
201 N. Walnut Street
Wilmington, DE 19801

Dear Congressman Castle,

Sears Hardware, College Square, Newark, Delaware where I work threatened to fire me on
December 1, 2005 if I continue to circulate the enclosed PETITION in Delaware that has
nothing to do with Sears Hardware.

The threat of Sears Hardware firing me contains a Lifetime Guarantee that nobody will ever
employee me in the State of Delaware after Sears Hardware fires me. The Lifetime Guarantee is
being broadcasted throughout a variety of organizations and clubs in Delaware.

You were unable to get the National Board of Chiropractic Examiners NBCE to return our test
scores that Dr. Jeanne and I passed in 1978.

Find us a legal way to get Chiropractic Licenses in the State of Delaware that does not include
us retaking tests we already passed for NBCE and we will Analyze, Diagnose and Prove our
EQUILIBRIUM SCOLIOSIS RESEARCH ourselves.

                                        Yours truly,

                                        Dr. J. Oliver Fred Lannak
                                        Dr. J. Oliver Fred Lannak
                                        126D Chestnut Crossing Drive
                                        Newark, DE 19713

Copy: Sears, Chicago, IL

FROM :                    FAX NO. :                  Jul. 12 2006 02:45PM P15

This **RESEARCH** discovered that everybody has an **EQUILIBRIUM SCOLIOSIS** and your **EQUILIBRIUM SCOLIOSIS** is giving you a variety of illnesses.

Your left-sided stomach is exerting pressure on the left side of your diaphragm.

The pressure on the left side of your diaphragm prevented your spinal column from becoming straight when your body was straightened out of your curved fetal position when you were born.

Dr. J. Oliver Fred Lannak, P.O. Box 7474, Newark, Delaware 19714-7474, Cell Phone: 302-528-5761, E-mail: Doctorfred1932@aol.com.

# PETITION asking

**EQUILIBRIUM SCOLIOSIS**



1. DE-U.S. Senator Joseph R. Biden
2. DE-U.S. Senator Thomas R. Carper
3. DE-Congressman Michael N. Castle

Please give **(HHS) Health and Human Services** written permission to Analyze, Diagnose and Prove, his **Dr. Jeanne** and **Dr. Fred Lannak EQUILIBRIUM SCOLIOSIS RESEARCH** can save lives of **CHILDREN, TEENAGERS, ADULTS and LITTLE BABIES.**

**EQUILIBRIUM SCOLIOSIS RESEARCH**
Dr. Jeanne
and
Dr. Fred
Lannak

| SIGN YOUR NAME | PRINT YOUR ADDRESS | DATE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I.(a) PLAINTIFFS**
Dr. Frederick Joseph Lannak

**DEFENDANTS**
Sears Hardware Store

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** _____
(EXCEPT IN U.S. PLAINTIFF CASES)

New Castle

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
Hoffman Estates (Cook County), Illinois

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Dr. Frederick Joseph Lannak
126D Chestnut Crossing Drive
Newark, DE 19713
(302) 453-1023

**ATTORNEYS (IF KNOWN)**
William M. Kelleher, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE  19801
(302) 252-4465

**II.    BASIS OF JURISDICTION** (PLACE AN X IN ONE BOX ONLY)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of
Parties in Item III)

**III.  CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)    AND ONE BOX FOR DEFENDANT)

| | PLF | DEF | | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.    NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Over-payment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153 Recovery of Over-payment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**CIVIL RIGHTS**
☐ 441 Voting
☒ 442 Employment
☐ 443 Housing/ Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

PERSONAL INJURY
☐ 362 Personal Injury – Med Malpractice
☐ 365 Personal Injury – Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus:
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs.
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Emp. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions

**V.    ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI.    CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. Section 621(A)(1); Removal from state court pursuant to 28 U.S.C. Sections 1441, 1446

**VII.  REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes ☐ No

**VIII. RELATED CASE(S) (See Instructions):**
IF ANY

JUDGE _____

DOCKET NUMBER _____

DATE  31 July 2006

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

DMEAST #9574314 v1

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No.  0 6 -   4 6 7
_____

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

_____7\31\06_____
(Date forms issued)

_____Shane Handlin_____
(Signature of Party or their Representative)

_____Shane Handlin_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action