IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. FREDERICK JOSEPH LANNAK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-467 |
| SEARS HARDWARE STORE, | : |
| Defendant. | : |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

William M. Kelleher, a member of the bar of this Court, pursuant to District Court Local Rule 83.5, moves the admission *pro hac vice* of Katharine A. Crawford of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, PA 19103-7955 to represent Sears, Roebuck and Co. (improperly named Sears Hardware Store in the Complaint).

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

Dated: August 7, 2006

William M. Kelleher, Esquire (No. 3961)
919 Market Street, 12th Floor
Wilmington, DE 19801
Phone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: kelleherw@ballardspahr.com

Counsel for the Defendant

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey, the United States District Court for the Eastern District of Pennsylvania, and the United States District Court for the District of New Jersey, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

By: _Katharine A. Crawford_
Katharine A. Crawford
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: 215-864-8244
Facsimile: 215-864-9182
E-mail: crawfordk@ballardspahr.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**BY THE COURT:**

Dated: _____    _____
United States District Court Judge

DMEAST #9571752 v1