IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. FREDERICK JOSEPH LANNAK, <br><br> Plaintiff, <br><br> v. <br><br> SEARS HARDWARE STORE, <br><br> Defendant. | Civil Action No. 06-467 |

**MOTION OF DEFENDANT SEARS ROEBUCK AND COMPANY
TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Sears, Roebuck and Co. (improperly named Sears Hardware Store in the Complaint), by its undersigned attorneys, hereby moves for dismissal of the Complaint for the reasons set forth in the accompanying Brief.

Respectfully submitted:

Date: August 7, 2006

William M. Kelleher (I.D. No. 3961)
Ballard Spahr Andrews & Ingersoll, LLP
919 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

Attorneys for Defendant
Sears, Roebuck and Co.

OF COUNSEL:
Daniel V. Johns
Katharine A. Crawford
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999

DMEAST #9574458 v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. FREDERICK JOSEPH LANNAK, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-467 |
| SEARS HARDWARE STORE, | : |
| Defendant. | : |

### ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion of Defendant Sears, Roebuck and Co. To Dismiss Plaintiff's Complaint and plaintiff's response thereto, if any, it is hereby ORDERED that defendant's motion is GRANTED and the Complaint is DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DR. FREDERICK JOSEPH LANNAK, | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-467 |
| v. | : | |
| | : | |
| SEARS HARDWARE STORE, | : | |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

I, William M. Kelleher, do hereby certify that I have caused two copies of the foregoing Motion of Defendant Sears, Roebuck and Co. To Dismiss Plaintiff's Complaint to be served on plaintiff via first-class mail, postage prepaid, at the following address:

> Dr. Frederick Joseph Lannak
> 126D Chestnut Crossing Drive
> Newark, DE  19713

Dated:  August 7, 2006

_____
William M. Kelleher (I.D. No. 3961)