IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK          August 16, 2006

    Plaintiff

v.                                   Case Action No. 06 - 467  (GMS)

SEARS HARDWARE STORE

    Defendant

**MOTION TO DISMISS THE DEFENDANT'S MOTION TO DISMISS**

   1. The termination of the Part-Time Plaintiff began several years before his actual termination date of January 18, 2006. The Plaintiff was running off copies of his Equilibrium Scoliosis Research on a store copy machine during non-working hours. A Department Manager complained about this to both the Store Manager and an Assistant Store Manager. When the Plaintiff explained his side of the story to both the Store Manager and the Assistant Store Manager they reprimanded him for running his Equilibrium Scoliosis Research on the store copy machine.

   2. Employees and customers are allowed to run anything they want to on the store copy machine and they are never questioned about what they are running. The Plaintiff could run anything he wanted to on the store copy machine except his Equilibrium Scoliosis Research.

   3. Whenever anybody does anything anywhere, regardless if it is right or wrong, somebody will always help them. Nobody will help the Plaintiff with his Equilibrium Scoliosis Research because a **Code of Silence** is being used to make everybody oppose anything that the Plaintiff does with his Equilibrium Scoliosis Research. The purpose of the **Code of Silence** is to keep everybody away from the Plaintiff so nobody will help him with his Equilibrium Scoliosis Research.

   4. The Defendant violated the "Age Discrimination in Employment Act of 1967" to terminate the Plaintiff on January 18, 2006, to take the Defendant, the employees and the customers away from the Plaintiff and his Equilibrium Scoliosis Research

   5. The Plaintiff is making a MOTION TO DISMISS THE DEFENDANT'S MOTON TO DISMISS.

                                                                                                The Plaintiff

                                                                                                *Dr. Frederick J. Lannak*

                                                                                                Dr. Frederick Joseph Lannak
                                                                                                126D Chestnut Crossing Drive
                                                                                                Newark, DE 19713-2663

[FILED AUG 18 2006 — BP scanned — U.S. DISTRICT COURT DISTRICT OF DELAWARE]

Ken Mehlman, Chairman
Republican National Committee                August 16, 2006
310 First Street, SE
Washington, D.C. 20003
D.C, Phone: 202-863-8500
  D.C. Fax: 202-863-8820

Dear Chairman Ken Mehlman:

There are 299 Million people living in the United States. Experts agree that 100 percent of the people living in the United States have a Scoliosis. The Equilibrium Scoliosis Research of Dr. Frederick Joseph Lannak discovered why 100 percent of the people living in the United States have a Scoliosis.

The diaphragm is attached to the lower part of the sternum. The weight of the left-sided stomach pulls the esophageal hiatus of the diaphargm downward that pulls the left side of the sternum downward that crushes the lower left ribs together that is seen in every Scoliosis. The lower left side of the sternum makes the top right side of the sternum (the manubrium) higher. The body bends forward that drives the higher right side the manubrium downward that drives the posterior of the top right rib upward. The driven-up top right rib is attached to the number one dorsal vertebra of the spinal column. The driven-up top right rib pulls the number one dorsal vertebrae to the right creating a right-sided humpback that is seen in every Scoliosis. The right-sided humpback pulls the spinal column to the right that is seen in every Scoliosis that tips the sacrum to the left that pushes the sacrum apex to the right.

Moving three bones straightens a Scoliosis. Moving the right side of the manubrium upward, moving the number one dorsal vertebrae to the left and moving the apex of the sacrum to the left straightens a Scoliosis without any adverse effects.

A Delaware **U.S. Senator Joseph Biden Code of Silence** and a Delaware **U.S. Senator Thomas Carper Code of Silence** are stopping (HHS) Health and Human Services from testing this Equilibrium Scoliosis Research when U.S. Senator Joseph Biden and U.S. Senator Thomas Carper know this Research could help to cure the Scoliosis of 100 percent of the people living in the United States.

                                        Yours truly,

                                        *Fred Lannak*

                                        Dr. Frederick Joseph Lannak
                                        126D Chestnut Crossing Drive
                                        Newark, Delaware 19713-2663

Howard Dean, Chairman
Democratic National Committee
430 S. Capitol Street, SE
Washington, D.C. 20003
D.C, Phone: 202-863-8000
   D.C. Fax: 202-863-8063

August 16, 2006

Dear Chairman Howard Dean:

There are 299 Million people living in the United States. Experts agree that 100 percent of the people living in the United States have a Scoliosis. The Equilibrium Scoliosis Research of Dr. Frederick Joseph Lannak discovered why 100 percent of the people living in the United States have a Scoliosis.

The diaphragm is attached to the lower part of the sternum. The weight of the left-sided stomach pulls the esophageal hiatus of the diaphargm downward that pulls the left side of the sternum downward that crushes the lower left ribs together that is seen in every Scoliosis. The lower left side of the sternum makes the top right side of the sternum (the manubrium) higher. The body bends forward that drives the higher right side the manubrium downward that drives the posterior of the top right rib upward. The driven-up top right rib is attached to the number one dorsal vertebra of the spinal column. The driven-up top right rib pulls the number one dorsal vertebrae to the right creating a right-sided humpback that is seen in every Scoliosis. The right-sided humpback pulls the spinal column to the right that is seen in every Scoliosis that tips the sacrum to the left that pushes the sacrum apex to the right.

Moving three bones straightens a Scoliosis. Moving the right side of the manubrium upward, moving the number one dorsal vertebrae to the left and moving the apex of the sacrum to the left straightens a Scoliosis without any adverse effects.

A Delaware **Congressman Michael Castle Code of Silence** is stopping (HHS) Health and Human Services from testing this Equilibrium Scoliosis Research when Congressman Michael Castle knows this Research could help to cure the Scoliosis of 100 percent of the people living in the United States.

                                        Yours truly,

                                        *Fred Lannak* (signature)

                                        Dr. Frederick Joseph Lannak
                                        126D Chestnut Crossing Drive
                                        Newark, Delaware 19713-2663





WILMINGTON DE 197

17 AUG 2006 PM 1 T

Dr. Frederick Iannak
126D Chestnut Grossing Drive
Newark, DE 19713

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

# AFFIDAVIT OF PROCESS SERVER

In The United State District Court for the District of Delaware

Dr. Frederick Joseph Lannak  
Plaintiff(s)  
v  
Sears Hardware Store  
Defendant(s)

Case No: 06-467

I declare that I am a citizen of the United States. over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service.

**Service:** I served Ballard Spahr Andrews and Ingersoll, LLP

with the (documents) Motion to Dismiss the Defendant's Motion to Dismiss

Person Served: Donna Secaur, Legal Secretary duly authorized to accept service

Service Address: 919 N. Market Street, 12th Floor, Wilmington, DE 19801

Date of Service: August 25, 2006    Time of Service: 2:32 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.
**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
( ) Unknown at address    ( ) Evading    ( ) Moved, left no forwarding    ( ) Other
( ) Address does not exist    ( ) Service canceled by Litigant    ( ) Unable to serve in a timely fashion

**Description:** Age: 38  Sex: F  Race: W    Hgt. 5'6"    Wgt: 120    Hair: Black    Glasses: No

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

August 28, 2006    at    Wilmington,    Delaware  
Date                           City               State

_____  
Daniel Newcomb, Process Server

State of Delaware  
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on August 28, 2006

Witness My Hand and Official Seal To

_____  
Kimberly J. Ryan, My Commission Expires 6/15/08  
Notary Public, State of Delaware

KIMBERLY J. RYAN  
NOTARY PUBLIC-DELAWARE  
My Commission Expires June 15, 2008



FILED  
SEP 1 1 2006  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE

IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK           September 8, 2006

      Plaintiff

      v.                                    Case Action No. 1:06-cv-467 (GMS)

SEARS HARDWARE STORE

      Defendant

### MOTION TO DISMISS THE DEFENDANT'S MOTION TO DISMISS

Sorry for the delay in returning the enclosed information. It got lost in the mail.

      The Plaintiff

      *Dr. Frederick J Lannak*

      Dr. Frederick Joseph Lannak
      126D Chestnut Crossing Drive
      Newark, DE 19713-2663



FILED
SEP 1 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD  9/11/06

Copy

## IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DR. FREDERICK JOSEPH LANNAK　　　　　　　　　　August 16, 2006

        Plaintiff

        v.　　　　　　　　　　　　　　　　　　Case Action No. 06 - 467 (GMS)

SEARS HARDWARE STORE

        Defendant

FILED AUG 18 2006 scanned U.S. DISTRICT COURT DISTRICT OF DELAWARE

### MOTION TO DISMISS THE DEFENDANT'S MOTION TO DISMISS

   1. The termination of the Part-Time Plaintiff began several years before his actual termination date of January 18, 2006. The Plaintiff was running off copies of his Equilibrium Scoliosis Research on a store copy machine during non-working hours. A Department Manager complained about this to both the Store Manager and an Assistant Store Manager. When the Plaintiff explained his side of the story to both the Store Manager and the Assistant Store Manager they reprimanded him for running his Equilibrium Scoliosis Research on the store copy machine.

   2. Employees and customers are allowed to run anything they want to on the store copy machine and they are never questioned about what they are running. The Plaintiff could run anything he wanted to on the store copy machine except his Equilibrium Scoliosis Research.

   3. Whenever anybody does anything anywhere, regardless if it is right or wrong, somebody will always help them. Nobody will help the Plaintiff with his Equilibrium Scoliosis Research because a **Code of Silence** is being used to make everybody oppose anything that the Plaintiff does with his Equilibrium Scoliosis Research. The purpose of the **Code of Silence** is to keep everybody away from the Plaintiff so nobody will help him with his Equilibrium Scoliosis Research.

   4. The Defendant violated the "Age Discrimination in Employment Act of 1967" to terminate the Plaintiff on January 18, 2006, to take the Defendant, the employees and the customers away from the Plaintiff and his Equilibrium Scoliosis Research

   5. The Plaintiff is making a MOTION TO DISMISS THE DEFENDANT'S MOTON TO DISMISS.

                                       The Plaintiff

                                       *Dr. Frederick J. Lannak*

                                       Dr. Frederick Joseph Lannak
                                       126D Chestnut Crossing Drive
                                       Newark, DE 19713-2663

*Donna R. Lecauer*
8/25/06  1432